IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAMON VARGAS | § | |
| VS. | § | CIVIL ACTION NO. 1:16-CV-498 |
| BEAUMONT MEDICAL ADMIN., ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ramon Vargas, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil action against the Beaumont Medical Administration, David St. Clair, H. Plessala, the Bureau of Prisons, Harmoush Issam, and the United States of America.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting plaintiff's motion to dismiss the Beaumont Medical Administration and the Bureau of Prisons from this action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge (document no. 16) is **ADOPTED**. Plaintiff's motion to dismiss the Beaumont Medical Administration and the Bureau of Prisons from

this action (document no. 13) is **GRANTED**.  A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So Ordered and Signed**
**Dec 7, 2017**

_____
Ron Clark, United States District Judge